**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**DAVID WILLIAMS**                                                           **PLAINTIFF**
**ADC #78730**

**CASE NO.:5:12CV00323 JMM-BD**

**SCOTT HORNER,**                                                          **DEFENDANT**

## ORDER

A Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere has been received. After carefully reviewing the Recommendation, Mr. Williams's timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted in all respects.

Mr. Williams's claims are DISMISSED, without prejudice. In addition, the Court certifies that an *in forma pauperis* appeal of this dismissal would be frivolous and not taken in good faith.

IT IS SO ORDERED this 25th day of October, 2012.

_____
UNITED STATES DISTRICT JUDGE

1