IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DAVID WILLIAMS** **PLAINTIFF**
**ADC #78730**

**CASE NO.:5:12CV00323 JMM-BD**

**SCOTT HORNER,** **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 25th day of October, 2012.

_____
UNITED STATES DISTRICT JUDGE